UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GEGEORGE MILSAP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:14-cv-01091-RLY-DKL |
| ) | |
| PARTNERS IN HOUSING, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, George Milsap, and Defendant, Partners in Housing, having reached an agreement to settle this matter, hereby stipulate to the dismissal with prejudice of all claims by George Milsap, pursuant to Fed.R.Civ.Pro. 41(a)(1)(A), with each party to bear his/its own attorneys' fees and costs.

| | |
|---|---|
| GEORGE MILSAP | PARTNERS IN HOUSING |
| | |
| By: /s/ Joel S. Paul | By: /s/ Michael W. Padgett |
| Joel S. Paul | Michael W. Padgett |
| The Law Offices of Swaray Conteh | Jackson Lewis P.C. |
| 3905 Vincennes Road, Suite 303 | 10 West Market Street, Suite 2400 |
| Indianapolis, Indiana 46268 | Indianapolis, Indiana 46204 |
| lawjoel@hotmail.com | padgettm@jacksonlewis.com |
| | |
| Attorney for Plaintiff | Attorney for Defendant |

4838-6971-4468, v. 1